**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01137-LTB

TROY L. GALINDO,

    Plaintiff,

v.

PSYCHIATRIST DR. LAMPELA,
CASEMANAGER MR. BURBANK,
CM III OLSON,
WARDEN TRANE, and
BOARD OF COUNTY COMMISSIONERS OF SUMMIT COUNTY, COLORADO,
    (through the Summit County Jail),

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The document titled "Sanction of Order to Have Fremont District Court Correct Case Number 13-CV-01137 to Case Number 13-CV-26" (ECF No. 20), which has been docketed as a motion, is DENIED because the Court lacks jurisdiction to grant the relief Plaintiff seeks.

Dated:  April 25, 2014